# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| RISHI BHASIN; ANNE JAMES; NELSON OTERO; FIRST PLUS FUNDING, INC.; FIRST ALLIED FINANCIAL SERVICES, INC.; and RELIANCE MORTGAGE SERVICE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED SHORE FINANCIAL SERVICES, LLC d/b/a UNITED WHOLESALE MORTGAGE,<br><br>　　　　　Defendant. | Case No.: 2:20-cv-13278<br><br>Honorable Laurie J. Michelson<br><br>Magistrate R. Steven Whalen<br><br>**STIPULATED ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

SOMMERS SCHWARTZ, PC
Jason J. Thompson (P47184)
Alana Karbal (P82908)
One Towne Square, 17th Floor
Southfield, Michigan 48076
(248) 355-0300
jthompson@sommerspc.com
akarbal@sommerspc.com

Trenton R. Kashima
402 West Broadway, Suite 1760
San Diego, CA 92101 (619) 762-2126
tkashima@sommerspc.com

*Attorneys for Plaintiffs*

THE MILLER LAW FIRM, PC
E. Powell Miller (P39487)
Kevin F. O'Shea (P40586)
950 W. University Dr., Ste 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
kfo@millerlawpc.com

*Attorneys for Defendant*

**STIPULATED ORDER FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to the stipulation of the parties, Defendant is granted an additional 30 days, until February 10, 2021, to serve an answer, move, or otherwise respond to Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 12.

**IT IS SO ORDERED.**

Dated: January 5, 2021

                         s/Laurie J. Michelson
                         LAURIE J. MICHELSON
                         UNITED STATES DISTRICT JUDGE

The parties, through their undersigned attorneys of record, consent to entry of this Stipulated Order.

| SOMMERS SCHWARTZ, PC | THE MILLER LAW FIRM, PC |
|---|---|
| */s/ Jason J. Thompson* | |
| *(by KFO w/ permission)* | */s/ Kevin F. O'Shea* |
| Jason J. Thompson (P47184) | E. Powell Miller (P39487) |
| Alana Karbal (P82908) | Kevin F. O'Shea (P40586) |
| One Towne Square, 17th Floor | 950 W. University Dr., Ste 300 |
| Southfield, Michigan 48076 | Rochester, Michigan 48307 |
| (248) 355-0300 jthompson@sommerspc.com | (248) 841-2200 |
| akarbal@sommerspc.com | epm@millerlawpc.com |
| | kfo@millerlawpc.com |
| Trenton R. Kashima | |
| 402 West Broadway, Suite 1760 | *Attorneys for Defendant* |
| San Diego, CA 92101 (619) 762-2126 | |
| tkashima@sommerspc.com | |
| *Attorneys for Plaintiffs* | |