## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

RISHI BHASIN; ANNE JAMES; NELSON OTERO; FIRST PLUS FUNDING, INC.; FIRST ALLIED FINANCIAL SERVICES, INC.; and RELIANCE MORTGAGE SERVICE, on behalf of themselves and all others similarly situated,

   Plaintiffs,

vs.

UNITED SHORE FINANCIAL SERVICES, LLC d/b/a UNITED WHOLESALE MORTGAGE,

   Defendant.

Case No.:  2:20-cv-13278

Hon. Laurie J. Michelson

Magistrate R. Steven Whalen

---

## NOTICE OF APPEARANCE OF ALANA KARBAL

  PLEASE TAKE NOTICE that Alana Karbal of the law offices of SOMMERS SCHWARTZ, P.C., is admitted to practice in this Court and hereby enters her appearance as another attorney of record for the Plaintiffs,  individually and as their representative of a class of similarly situated persons, in the within cause of action.

       SOMMERS SCHWARTZ, P.C.

Dated:  February 11, 2021   By:  */s/ Alana Karbal*
           Alana Karbal (P82908)
           One Towne Square, 17th Floor
           Southfield, Michigan 48076
           (248) 355-0300
           akarbal@sommerspc.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Alana Karbal
Alana Karbal (P82908)
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI  48076
(248) 355-0300