UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RISHI BHASIN; ANNE JAMES; NELSON OTERO; FIRST PLUS FUNDING, INC.; FIRST ALLIED FINANCIAL SERVICES, INC.; and RELIANCE MORTGAGE SERVICE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED SHORE FINANCIAL SERVICES, LLC d/b/a UNITED WHOLESALE MORTGAGE,<br><br>    Defendant. | Case No. 2:20-cv-13278<br>Honorable Laurie J. Michelson<br>Magistrate R. Steven Whalen |

**NOTICE OF VOLUNTARY WITHDRAWAL**
**OF DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 7 and 11)**

Defendant voluntarily withdraws its pending Motions to Dismiss (ECF Nos. 7 and 11) without prejudice. The Court has advised that Defendants may re-file their Motions, which have been fully briefed, at a later time and they will be considered to have been timely filed.

                                       **THE MILLER LAW FIRM, P.C.**

                                       By: */s/ Kevin F. O'Shea*
                                       E. Powell Miller (P39487)
                                       Kevin F. O'Shea (P40586)

950 W. University Dr., Ste 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
kfo@millerlawpc.com

*Attorneys for Defendant*

Dated: September 24, 2021

2