UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RISHI BHASIN; ANNE JAMES; NELSON OTERO; FIRST PLUS FUNDING, INC.; FIRST ALLIED FINANCIAL SERVICES, INC.;** and **RELIANCE MORTGAGE SERVICE**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **UNITED SHORE FINANCIAL SERVICES, LLC** d/b/a UNITED WHOLESALE MORTGAGE, <br><br> Defendant. | Case No.: 2:20-cv-13278 <br><br> Honorable Laurie J. Michelson <br><br> Magistrate R. Steven Whalen |

| | |
|---|---|
| SOMMERS SCHWARTZ, PC <br> Jason J. Thompson (P47184) <br> Alana Karbal (P82908) <br> One Towne Square, 17th Floor <br> Southfield, Michigan 48076 <br> (248) 355-0300 <br> jthompson@sommerspc.com <br> akarbal@sommerspc.com <br><br> *Attorneys for Plaintiffs* | THE MILLER LAW FIRM, PC <br> E. Powell Miller (P39487) <br> Kevin F. O'Shea (P40586) <br> Ann L. Miller (P43578) <br> 950 W. University Dr., Ste. 300 <br> Rochester, Michigan 48307 <br> (248) 841-2200 <br> epm@millerlawpc.com <br> kfo@millerlawpc.com <br> alm@millerlawpc.com <br><br> *Attorneys for Defendant* |

### ORDER REGARDING DEFENDANT UNITED SHORE FINANCIAL SERVICES, LLC D/B/A UNITED WHOLESALE MORTGAGE'S SUPPLEMENTAL REPLY TO THE RENEWED MOTIONS TO DISMISS [ECF 23 & 24]

This matter is before the Court on the Parties' Stipulation, ECF 28, which requests that Defendant be permitted to file a Supplemental Reply to its Renewed Motions to Dismiss (ECF 23 & 24). Having considered the Stipulation, and the arguments raised during a status conference held

on November 24, 2021, IT IS HEREBY ORDERED that Defendant may file a Supplemental Reply to its Renewed Motions to Dismiss (ECF 23 & 24) on or before **December 8, 2021**. IT IS FURTHER ORDERED that the Supplemental Reply will incorporate by reference Defendant's previously filed Replies (ECF 12 & 15), address the points raised in Plaintiffs' Response, ECF 25, and be of size 14 point font and no more than five (5) pages in length, including counsel's signature block.

IT IS FURTHER ORDERED that Defendant shall withdraw its Motion to Strike Plaintiffs' Second Response to Motions to Dismiss (ECF Nos. 23 & 24) pursuant to Fed. R. Civ. P. 12(f), ECF 26, after the date of this Order and before December 8, 2021.

SO ORDERED, ADJUDGED AND DECREED.

Dated: November 24, 2021

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE