**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| RISHI BHASIN; ANNE JAMES; NELSON OTERO; FIRST PLUS FUNDING, INC.; FIRST ALLIED FINANCIAL SERVICES, INC.; and RELIANCE MORTGAGE SERVICE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED SHORE FINANCIAL SERVICES, LLC d/b/a UNITED WHOLESALE MORTGAGE,<br><br>    Defendant. | Case No. 2:20-cv-13278<br><br>Honorable Laurie J. Michelson<br><br>Magistrate R. Steven Whalen |

## NOTICE OF WITHDRAWAL OF MOTION

Defendant United Shore Financial Services, LLC d/b/a United Wholesale Mortgage, by its counsel, The Miller Law Firm, P.C., hereby withdraws its Motion To Strike Plaintiffs' Second Response To Motions To Dismiss (ECF Nos. 23 & 24) Pursuant To Fed. R. Civ. P. 12 (f) filed on November 12, 2021.

Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

By: /s/ *Kevin F. O'Shea*
E. Powell Miller (P39487)
Kevin F. O'Shea (P40586)
950 W. University Dr., Ste 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
kfo@millerlawpc.com

Dated: December 8, 2021

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I filed the foregoing document using the Court's electronic filing system which will serve all parties of record.

Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

By: /s/ *Kevin F. O'Shea*
E. Powell Miller (P39487)
Kevin F. O'Shea (P40586)
950 W. University Dr., Ste 300
Rochester, Michigan 48307
(248) 841-2200
epm@millerlawpc.com
kfo@millerlawpc.com

*Attorneys for Defendant*