UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST PLUS FUNDING, INC.; FIRST ALLIED FINANCIAL SERVICES, INC.; and RELIANCE MORTGAGE SERVICE, on behalf of themselves and all others similarly situated,

        Plaintiffs,

vs.

UNITED SHORE FINANCIAL SERVICES, LLC d/b/a UNITED WHOLESALE MORTGAGE,

        Defendant.

Case No. 2:20-cv-13278

Honorable Laurie J. Michelson
Magistrate R. Steven Whalen

---

ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS OR ATTORNEY FEES

Pursuant to a settlement agreement negotiated between the parties;

IT IS HEREBY ORDERED that this action shall be, and is hereby, dismissed with prejudice and without costs or attorney fees to any party, subject to the provisions of the parties' settlement agreement.

The Court retains jurisdiction to enforce the provisions of the parties' settlement agreement.

Dated: October 11, 2022

                              s/Laurie J. Michelson
                              LAURIE J. MICHELSON
                              UNITED STATES DISTRICT JUDGE